UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DEREK FOLLEY, | ) | CASE NO. 1:21-cv-2340 |
| | ) | |
| PETITIONER, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | OPINION AND ORDER |
| KEITH J. FOLEY, Warden, | ) | |
| | ) | |
| RESPONDENT. | ) | |

Before the Court is the motion of *pro se* petitioner, Derek Folley, styled "Zestfulness of Petitioner Motion [to] Vacate Transfer Order to the Southern District," which the Court construes as a motion for reconsideration of its March 3, 2022 order transferring this action to the United States District Court for the Southern District of Ohio. (Doc. No. 34 (Motion for Reconsideration); *see* Doc. No. 33 (Order of Transfer).) Once this case was transferred, the Court lost jurisdiction over it, as "[j]urisdiction follows the file." *See Miller v. Toyota Motor Corp.*, 554 F.3d 653, 654 (6th Cir. 2009). This means that "[c]hallenges to the original transfer are carried over to the new jurisdiction with the transfer of the papers of the case." *K-Tex, LLC v. Cintas Corp.*, 693 F. App'x 406, 408 (6th Cir. 2017). Accordingly, the motion for reconsideration is denied for want of jurisdiction. Petitioner is directed to cease filing motions in this Court for this case that has now been transferred to the Southern District of Ohio.

**IT IS SO ORDERED**.

Dated: March 24, 2022

HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE